IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TONYA O'NEAL, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 2:13-cv-00030 |
| ) | |
| V. ) | Judge Sharp |
| ) | |
| UNICARE LIFE & HEALTH ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO DISMISS WITH PREJUDICE

Plaintiff TONYA O'NEAL and Defendant UNICARE LIFE & HEALTH INSURANCE COMPANY have filed with this Court a signed Stipulation of Dismissal with Prejudice, and have moved that this Court accordingly dismiss all of Plaintiff's claims against UniCare Life & Health Insurance Company with prejudice.

It is, therefore, ORDERED that all of Plaintiff's claims against UniCare Life & Health Insurance Company are dismissed with prejudice, and each party is to bear its own costs and attorneys' fees.

SIGNED FOR ENTRY this 34vj "f c{ "qh"Lwn{. "4235.

_____
HON. KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE